UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 AUG 28 PM 3: 17

CLERK
BY _____ /s/
DEPUTY CLERK

Edward Thomas Kennedy
_____
Plaintiff(s)

vs.

State of Vermont et. al.
_____
Defendant(s)

Civil Action No: 5:18-cv-139

## APPLICATION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff moves this Court for an order permitting him to file this action *in forma pauperis* without prepayment of fees and costs or security therefore because as the attached affidavit of indicates, s/he is unable to pay such costs or give security therefore.

Dated at Breinigsville_____, Vermont, this __18TH__ day
of __August__, 20__18__.      Pennsylvania

_____ Seal
Plaintiff

USDC approved 2 page form
I object to the affidavit.

(Rev. 3/12)