UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

DISTRICT OF VERMONT
FILED
2018 AUG 28 PM 3: 17
CLERK
BY ___CW___
DEPUTY CLERK

Edward Thomas Kennedy
_____
Plaintiff(s)

vs.

Civil Action No: 5:18-cv-139

State of Vermont
et. AL.
_____
Defendant(s)

## NOTICE OF PRO SE APPEARANCE ①

I, Edward Thomas Kennedy, a Plaintiff/Defendant in the above captioned matter, hereby enter my appearance as a *pro se* party. I understand that I am responsible for notifying the court of any changes to my mailing address as well as any change in my status should I obtain representation by an attorney in the future.

All court papers may be mailed to me by first class mail at the address shown below. Pursuant to Fed.R.Civ.P. 5(d), I also understand that I am responsible for serving upon all parties who appear in this action a copy of every paper which I file and also provide the Court with a ✓ *Certificate of Service* which attests to this fact.

My Street Address is: 401 Tillage Rd.
Breinigsville  PA  18031
Town/City        State     Zip Code

415 275 1244
Telephone Number (daytime)

My Mailing Address (if different from street address) is:
_____
Town/City        State     Zip Code

_____
Telephone Number (evening)

Date: 8/18/2018

Signature: ST TL Kenny (Spec)

(Rev. 3/12)

I object to certain phrases, "pro se" and "in forma pauperis".