# UNITED STATES DISTRICT COURT

for the
District of Vermont

| | | |
|---|---|---|
| Edward Thomas Kennedy | ) | |
| *Plaintiff(s)* | ) | |
| | ) | |
| v. | ) | Civil Action No.   5:18-cv-139 |
| | ) | |
| State of Vermont, Vermont Bar Association, Vermont | ) | |
| Law School, American Bar Association | ) | |
| | ) | |
| *Defendant(s)* | | |

## JUDGMENT IN A CIVIL ACTION

☐    **Jury Verdict.**

☑    **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document No. 3) filed October 9, 2018, plaintiff's Application to Proceed in District Court without Prepaying Fees and Costs (Document No. 1) is GRANTED.  Plaintiffs federal claims are DISMISSED under 28 U.S.C. § 1915(e)(2)(B). Plaintiffs state-law claims are DISMISSED without prejudice.The court hereby certifies under 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith.  The case is HEREBY DISMISSED.

Date:   October 9, 2018

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   10/9/2018

*/s/ Elizabeth S. Britt*
*Signature of Clerk or Deputy Clerk*