IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

EDWARD THOMAS KENNEDY,

    Plaintiff,

v.

    Case No. 5:18-cv-139-gwc

    JURY TRIAL DEMANDED,

STATE OF VERMONT,
    et al.,

    Defendants,

Objection

Edward Thomas Kennedy, Plaintiff, is one of the people of Pennsylvania and in this court of record, hereby Objects to Order, ECF Document 3 and Judgment, ECF document 4, for they violate the Law of the Case, Exhibit 1,

Date: October 29, 2018

    Respectfully submitted,

    [signature] (seal)

    EDWARD THOMAS KENNEDY
    401 Tillage Road
    Breinigsville, Pennsylvania 18031
    Email: kennedy2018@alumni.nd.edu
    Telephone: 415-275-1244.
    Fax: 570-609-1810.