## CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 29th day of October, 2018, the foregoing Objection was filed and served at Clerk of Court, United States District Court, District of Vermont, P. O. Box 945, Burlington, VT 05402 by regular US mail.

Date: October 29, 2018.

Respectfully submitted,

_____ (seal)
EDWARD THOMAS KENNEDY

Notice of Appeal
2 of 2          10.29.18