

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

EDWARD THOMAS KENNEDY,

    Plaintiff,

v.

        Case No. 5:18-cv-139-gwc

        JURY TRIAL DEMANDED,

STATE OF VERMONT,
    et al.,

    Defendants,

Notice of Appeal

Edward Thomas Kennedy, Plaintiff, is one of the people of Pennsylvania and in this court of record, Notices the Court of his Appeal to the SUPREME COURT OF THE UNITED STATES, DISTRICT OF COLUMBIA.

Date: October 29, 2018

        Respectfully submitted,

        _____(seal)
        EDWARD THOMAS KENNEDY
        401 Tillage Road
        Breinigsville, Pennsylvania 18031
        Email: kennedy2018@alumni.nd.edu
        Telephone: 415-275-1244.
        Fax: 570-609-1810.