## CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 29th day of October, 2018, the foregoing Notice of Appeal was filed and served at Clerk of Court, Supreme Court of the United States, 1 First St NE, Washington, DC 20543 and Office of the Clerk, United States District Court, District of Vermont, P. O. Box 945, Burlington, VT 05402 by regular US mail.

Date: October 29, 2018.

Respectfully submitted,

(seal)

EDWARD THOMAS KENNEDY