Strick T
401 Tillmore Rd.
Brenissville PA
18031

Clerk of Court
Office of Clerk.
US District Court - Vermont
P. O. Box 945
Burlington VT 05402

HARRISBURG PA 171
29 OCT 2018 PM 2 L

ZIP 18036
041M1126010

0540230545