UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

EDWARD THOMAS KENNEDY,
    Plaintiff/Appellant,

vs.

Circuit No. 18-3341

District No. 5:18-cv-139

STATE OF VERMONT, et al.,
    Defendants/Appellees.

INDEX

A.    docket entries.

1 - 7.    District Court Electronic Documents.

    All filed documents are accessible through District Court CM/ECF.

B.    Clerk's Certification.

APPEAL,CLOSED

# U.S. District Court
## District of Vermont (Rutland)
### ABRIDGED CIVIL DOCKET FOR CASE #: 5:18−cv−00139−gwc
*Kennedy*

Kennedy v. State of Vermont et al  
Assigned to: Chief Judge Geoffrey W. Crawford  
Demand: $250,000  
Cause: 28:1331 Fed. Question: Personal Injury

Date Filed: 08/28/2018  
Date Terminated: 10/09/2018  
Jury Demand: Plaintiff  
Nature of Suit: 360 P.I.: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Edward Thomas Kennedy**    represented by    **Edward Thomas Kennedy**  
401 Tillage Road  
Breinigsville, PA 18031  
(415) 275−1244  
PRO SE

V.

**Defendant**

**State of Vermont**

**Defendant**

**Vermont Bar Association**

**Defendant**

**Vermont Law School**

**Defendant**

**American Bar Association**

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2018 | 1 | APPLICATION to Proceed in District Court without Prepaying Fees or Costs filed by Edward Thomas Kennedy. (Attachments: # 1 Affidavit of Edward Thomas Kennedy, # 2 Proposed Complaint, # 3 Civil Cover Sheet) (esb) (Entered: 08/29/2018) |
| 08/28/2018 | 2 | NOTICE OF PRO SE APPEARANCE by Edward Thomas Kennedy. (esb) (Entered: 08/29/2018) |
| 10/09/2018 | 3 | ORDER granting 1 APPLICATION to Proceed in District Court without Prepaying Fees or Costs. Plaintiffs federal claims are DISMISSED under 28 U.S.C. § 1915(e)(2)(B). Plaintiffs state−law claims are DISMISSED without prejudice. The court hereby certifies under 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith. Signed by Chief Judge Geoffrey W. Crawford on 10/9/2018. (esb) (Entered: 10/09/2018) |
| 10/09/2018 | 4 | JUDGMENT − The case is HEREBY DISMISSED. Signed by Deputy Clerk on 10/9/2018. (Attachments: # 1 Notice to Litigant (appeal period expires 11/8/2018))(esb) (Entered: 10/09/2018) |
| 10/09/2018 | 5 | COMPLAINT against American Bar Association, State of Vermont, Vermont Bar Association, Vermont Law School filed by Edward Thomas Kennedy. (Attachments: # 1 Exhibit 1)(esb) (Entered: 10/09/2018) |
| 11/01/2018 | 6 | OBJECTION re 3 Order on APPLICATION to Proceed in District Court without Prepaying Fees or Costs, 4 Judgment by Edward Thomas Kennedy. (Attachments: # 1 Certificate of Service)(esb) (Entered: 11/01/2018) |

| | | |
|---|---|---|
| 11/01/2018 | 7 | NOTICE OF APPEAL by Edward Thomas Kennedy. (Attachments: # 1 Certificate of Service, # 2 Envelope)(gmg) (Entered: 11/01/2018) |

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

EDWARD THOMAS KENNEDY,
    Plaintiff/Appellant,

                                                                               Circuit No.  18-3341

            vs.

                                                                  District No. 5:18-cv-139

STATE OF VERMONT, et al.,
    Defendants/Appellees.

## CLERK'S CERTIFICATION

    I, Jeffrey S. Eaton, Clerk of the United States District Court for the District of Vermont, hereby certify that the electronic index comprises the foregoing docket entries, and constitutes the Record on Appeal.

    In testimony whereof, I have hereunto subscribed my name and affixed the Seal of the aforesaid Court at Burlington, Vermont this 6th day of November, 2018.

                                              JEFFREY S. EATON
                                              Clerk of Court

                                              By:  _/s/ Gail Greenia_
                                              Deputy Clerk